BOROUGH OF FANWOOD, APPELLANT-RESPONDENT, v. ANTONIO ROCCO AND DIVISION OF ALCOHOLIC BEVERAGE CONTROL, RESPONDENTS-PETITIONERS.

See same case below: 59 *N. J. Super.* 306.

*Mr. David D. Furman* and *Mr. Samuel B. Helfand* for the petitioner Division of Alcoholic Beverage Control.

*Messrs. Hetfield & Hetfield* and *Mr. Alfred C. Clapp* for the petitioner Rocco.

*Mr. William M. Beard* and *Mr. Max L. Rosenstein* for the respondent.

April 8, 1960.   Granted.

CAMP CLEARWATER, INC., PLAINTIFF-PETITIONER, v. GEORGE WILSON, JR., DEFENDANT-RESPONDENT.

See same case below: 59 *N. J. Super.* 1.

*Messrs. Mackerley & Friedman* and *Mr. Frank G. Schlosser* for the petitioner.

*Messrs. Morris, Downing & Sherred* for the respondent.

April 8, 1960.   Denied.